# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

in the Matter of the Search of
(Name, address or brief description of person or property to be searched)

AT&T for records (wherever stored) associated with phone number (443) 716-5879

**SEARCH WARRANT**

CASE NUMBER: **10-0187 JKB**

TO: <u>Special Agent Mark Miller</u> or any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent <u>Mark Miller</u> who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and or location)

further described in Attachment A.

In the Southern District of Florida, there is now concealed a certain property, namely (describe the person or property)
    See Attachment B.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property above described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to on or before    _Feb. 1, 2010_
                                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable James K. Bredar, United States Magistrate Judge, as required by law.

_1/22/10_       _3:47_     at Baltimore, Maryland
Date and Time Issued

JAMES K. BREDAR
United States Magistrate Judge                         Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>1/22/2010 | DATE AND TIME WARRANT EXECUTED<br>1/25/2010 8:41 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>FAXED |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FOR TELEPHONE NUMBER (443) 716-5879:
SMS DATA DETAILS DECEMBER 2008 – JANUARY 2009.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Rachel S C_____

Subscribed, sworn to, and returned before me this date.

_____ K. Bredar ____ 4/19/10
U.S Judge or Magistrate       Date